IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 AM 11:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| BETTY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2209 Ml/P |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

Pending before the Court is Plaintiff's Social Security Appeal, filed March 26, 2004. Plaintiff filed a brief in support of her appeal on July 7, 2004. Defendant responded in opposition on September 14, 2004. Plaintiff filed a reply to Defendant's response on October 12, 2004.

This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the Magistrate Judge's order shall be made within ten (10) days of the Magistrate Judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 5 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-6-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02209 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable Jon McCalla
US DISTRICT COURT