IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /C  D.C.

05 SEP 29 PM 3:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BETTY SMITH,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   No. 04-2209 Ml/P
                                      )
JO ANNE B. BARNHARDT                  )
Commissioner of Social                )
Security,                             )
                                      )
        Defendant.                    )

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation, entered September 29, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

9-29-05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-29-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02209 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable Jon McCalla
US DISTRICT COURT